**HILL, FARRER & BURRILL LLP**
William A. White (Bar No. 121681)
   Email: wwhite@hillfarrer.com
Jeffrey B. Bell (Bar No. 269648)
   Email: jbell@hillfarrer.com
300 S. Grand Avenue, 37th Floor
Los Angeles, California 90071-3147
Telephone: 213.620.0460
Fax: 213.624.4840

Attorneys for Plaintiff/Counter-Defendant PerkinElmer Health Sciences, Inc., and Counter-Defendant Tony Rhoden

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — SOUTHERN DIVISION

| | |
|---|---|
| PERKINELMER HEALTH SCIENCES, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>EXCELBIS LABS LLC, a California Limited Liability Company; APEX ANALYTICAL, business entity, form unknown; and DOES 1-10,<br><br>    Defendants.<br><br>EXCELBIS LABS LLC, a California Limited Liability Company,<br><br>    Counterclaimant,<br><br>    v.<br><br>PERKINELMER HEALTH SCIENCES, INC., a Delaware Corporation; et al.,<br><br>    Counter-Defendants. | Case No. 8:20-cv-00527-MCS (ADSx)<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE OF ENTIRE ACTION**<br>**[L.R. 16-15.7]** |

**TO THE COURT:**

**PLEASE TAKE NOTICE** that, in accordance with L.R. 16-15.7, the parties hereby report that they have reached a settlement in principle of the entire action. Accordingly, the parties hereby jointly request 30 days to allow them sufficient time to draft, finalize, and execute the settlement agreement. Upon execution of the settlement agreement, plaintiff PerkinElmer Health Sciences, Inc., and counterclaimant Excelbis Labs LLC, shall promptly request that the Court dismiss with prejudice the pending First Amended Complaint and Second Amended Counterclaim respectively, and request that the Court retain jurisdiction to enforce the terms of the settlement.

DATED: July 14, 2021     **HILL, FARRER & BURRILL LLP**

By: */s/ Jeffrey B. Bell*
   Jeffrey B. Bell
   Attorneys for Plaintiff/Counter-Defendant PerkinElmer Health Sciences, Inc. and Counter-Defendant Tony Rhoden

DATED: July 14, 2021     **LAW OFFICE OF SUNIL A. BRAHMBHATT, PLC.**

By: */s/ Sunil A. Brahmbhatt*
   Sunil A. Brahmbhatt
   Attorney for Defendant and Counterclaimant EXCELBIS LABS LLC.

| | |
|---|---|
| DATED: July 14, 2021 | **BOWLES & VERNA LLP** |
| | By: */s/ Jason J. Granskog* |
| | Jason J. Granskog |
| | Bowles & Verna LLP |
| | Attorneys for Defendant KALVER SCIENTIFIC, LLC dba APEX ANALYTICAL |

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer, Jeffrey B. Bell, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this Notice of Settlement in Principle of Entire Action.

HFB 2394101.1 P4225 002

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA
300 S. GRAND AVENUE, 37TH FLOOR
LOS ANGELES, CALIFORNIA 90071-3147