**HILL, FARRER & BURRILL LLP**
William A. White (Bar No. 121681)
   Email: wwhite@hillfarrer.com
Jeffrey B. Bell (Bar No. 269648)
   Email: jbell@hillfarrer.com
300 S. Grand Avenue, 37th Floor
Los Angeles, California 90071-3147
Telephone: 213.620.0460
Fax: 213.624.4840

Attorneys for Plaintiff/Counter-Defendant PerkinElmer Health Sciences, Inc., and Counter-Defendant Tony Rhoden

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — SOUTHERN DIVISION

| | |
|---|---|
| PERKINELMER HEALTH SCIENCES, INC., a Delaware Corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>EXCELBIS LABS LLC, a California Limited Liability Company; APEX ANALYTICAL, business entity, form unknown; and DOES 1-10,<br><br>             Defendants. | Case No. 8:20-cv-00527-MCS (ADSx)<br><br>**JOINT STIPULATION OF ALL PARTIES FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. Pro. 41(a)(1)(A)(ii)] |
| EXCELBIS LABS LLC, a California Limited Liability Company,<br><br>             Counterclaimant,<br><br>     v.<br><br>PERKINELMER HEALTH SCIENCES, INC., a Delaware Corporation; et al.,<br><br>             Counter-Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and their written Confidential Settlement Agreement and Mutual General Release dated August 19, 2021 ("Settlement Agreement"), plaintiff and counterdefendant PERKINELMER HEALTH SCIENCES, INC., counterdefendant Tony Rhoden, defendant and counterclaimant EXCELBIS LABS LLC, and defendant KALVER SCIENTIFIC, LLC dba APEX ANALYTICAL, acting through their counsel of record, hereby stipulate to the dismissal of this action in its entirety with prejudice subject to the Court's retention of jurisdiction as necessary to interpret, modify, and enforce the terms of the Settlement Agreement. Each party to bear its own costs, expenses, and attorneys' fees.

Nothing in this Joint Stipulation is intended to alter the terms of the parties' Settlement Agreement.

DATED: September 8, 2021  **HILL, FARRER & BURRILL LLP**

By: */s/ Jeffrey B. Bell*
Jeffrey B. Bell
Attorneys for Plaintiff/Counter-Defendant PerkinElmer Health Sciences, Inc. and Counterdefendant Tony Rhoden

DATED: September 8, 2021  **LAW OFFICE OF SUNIL A. BRAHMBHATT, PLC.**

By: */s/ Sunil A. Brahmbhatt*
Sunil A. Brahmbhatt
Attorney for Defendant and Counterclaimant EXCELBIS LABS LLC.

| | |
|---|---|
| DATED: September 8, 2021 | **BOWLES & VERNA LLP** |

By: */s/ Jason J. Granskog*
Jason J. Granskog
Bowles & Verna LLP
Attorneys for Defendant KALVER SCIENTIFIC, LLC dba APEX ANALYTICAL

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer, Jeffrey B. Bell, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this Joint Stipulation of All Parties for Dismissal of Entire Action With Prejudice.

HFB 2423232.2 P4225 002

- 3 -

**JOINT STIPULATION OF ALL PARTIES FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA
300 S. GRAND AVENUE, 37TH FLOOR
LOS ANGELES, CALIFORNIA 90071-3147